# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROLANDO OCHOA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MAURICE JUNIOUS,<br><br>　　　　　Respondent.<br>_____/ | 1:11-cv-01021-DLB (HC)<br><br>ORDER DIRECTING RESPONDENT TO FILE A REPLY TO PETITIONER'S OPPOSITION<br><br>[Doc. 15] |

　　Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　On August 4, 2011, Respondent filed a motion to dismiss the petition as untimely under 28 U.S.C. § 2244(d)(1)(A). Petitioner filed a reply on August 18, 2011.

　　The Court hereby directs Respondent to file a reply to Petitioner's opposition to address, in addition to any other relevant arguments, the effect, if any, of a probationary or parole term relating to the October 30, 2002 judgment.

　　Accordingly, it is HEREBY ORDERED that within fifteen (15) days from the date of service of this order, Respondent shall file a reply to Petitioner's opposition.

　　IT IS SO ORDERED.

　Dated:　**September 1, 2011**　　　　　　　　　　/s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1