# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROLANDO OCHOA, | 1:11-cv-01021-DLB (HC) |
| Petitioner, | ORDER DIRECTING PETITIONER TO FILE A RESPONSE TO RESPONDENT'S REPLY WITHIN TWENTY DAYS FROM THE DATE OF SERVICE OF THIS ORDER |
| v. | |
| MAURICE JUNIOUS, | [Doc. 21] |
| Respondent. | |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.  Local Rule 305(b).

Now pending before the Court is Respondent's motion to dismiss filed on August 4, 2011.  Petitioner filed an opposition on August 18, 2011, and at the Court's request, Respondent filed a reply on September 29, 2011.  Petitioner is hereby directed to file a response to Respondent's reply within **twenty (20)** days from the date of service of this order.  After the twenty day period has expired, the motion will be deemed submitted.

IT IS SO ORDERED.

Dated:   **October 12, 2011**            **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE

1